## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
# 24-20140-CR-ALTMAN/SANCHEZ
### CASE NO. _____

**18 U.S.C. § 1349**
**18 U.S.C. § 1341**
**18 U.S.C. § 1343**
**18 U.S.C. § 981(a)(1)(C)**

**UNITED STATES OF AMERICA**

**vs.**

**KELLY AUGUSTINE JR,**
    **a/k/a "Ogo Kelly Iloelunachi,"**
    **a/k/a "Ogo," a/k/a "Ogoo,"**
**ANDY ONOH,**
    **a/k/a "Bugzy,"**
**OKEZIE BONAVENTURE OGBATA,**
    **a/k/a "Bona," a/k/a "Cece Bro,"**
**KINGSLEY CHINEDU CHUKWU,**
    **a/k/a "Mega,"**
**EHIS LAWRENCE AKHIMIE,**
    **a/k/a "Lawrenchi,"**
**PRINCEWILL EKENE OKORO,**
    **a/k/a "Prince," and**
**TOCHUKWU ALBERT NNEBOCHA,**
    **a/k/a "Nnebocha Albert Tochukwu,"**
    **a/k/a "Albert Nnebocha,"**
    **a/k/a "Too," a/k/a "Tochuk,"**

        **Defendants.**
_____/

FILED BY_____ *MP* ____D.C.

*Apr 10, 2024*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit Mail and Wire Fraud
### (18 U.S.C. § 1349)

1.      Beginning in or around May 2017 and continuing through in or around December

2023, in Miami-Dade, Broward, Highlands, and Palm Beach Counties, in the Southern District of

Florida, and elsewhere, the defendants,

**KELLY AUGUSTINE JR,**
**a/k/a "Ogo Kelly Iloelunachi,"**
**a/k/a "Ogo," a/k/a "Ogoo,"**
**ANDY ONOH,**
**a/k/a "Bugzy,"**
**OKEZIE BONAVENTURE OGBATA,**
**a/k/a "Bona," a/k/a "Cece Bro,"**
**KINGSLEY CHINEDU CHUKWU,**
**a/k/a "Mega,"**
**EHIS LAWRENCE AKHIMIE,**
**a/k/a "Lawrenchi,"**
**PRINCEWILL EKENE OKORO,**
**a/k/a "Prince," and**
**TOCHUKWU ALBERT NNEBOCHA,**
**a/k/a "Nnebocha Albert Tochukwu,"**
**a/k/a "Albert Nnebocha,"**
**a/k/a "Too," a/k/a "Tochuk,"**

did willfully, that is, with the intent to further the objects of the conspiracy, and knowingly combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to commit certain offenses, that is:

     a.     to knowingly, and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing such scheme and artifice, did knowingly cause to be delivered certain mail matter by the United States Postal Service and by commercial interstate carrier, according to the directions thereon, in violation of Title 18, United States Code, Section 1341; and

     b.     to knowingly, and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations,

and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

## PURPOSE OF THE CONSPIRACY

2.      It was a purpose of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by: (a) falsely informing victims that they were entitled to a sum of money as part of an inheritance; (b) falsely claiming that the victims were required to send money for taxes and other fees to receive their alleged inheritance; (c) fraudulently inducing and coercing the victims to pay the taxes and fees; and (d) keeping and using the fraud proceeds for their own benefit, for the benefit of others, and to further the fraud.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among other things, the following:

3.      Members of the conspiracy purchased lists containing the names and contact information of intended victims in the United States, including in the Southern District of Florida, so that **KELLY AUGUSTINE JR, ANDY ONOH, OKEZIE BONAVENTURE OGBATA, KINGSLEY CHINEDU CHUKWU, EHIS LAWRENCE AKHIMIE, PRINCEWILL EKENE OKORO, TOCHUKWU ALBERT NNEBOCHA**, and their co-conspirators could contact them. The lists included many elderly U.S. intended victims who were older than 65.

4.      **KELLY AUGUSTINE JR, ANDY ONOH, OKEZIE BONAVENTURE OGBATA, KINGSLEY CHINEDU CHUKWU, EHIS LAWRENCE AKHIMIE, PRINCEWILL EKENE OKORO, TOCHUKWU ALBERT NNEBOCHA**, and their co-

3

conspirators prepared personalized letters addressed to the victims whose information they obtained. **AUGUSTINE, ONOH, OGBATA, CHUKWU, AKHIMIE, OKORO, NNEBOCHA**, and their co-conspirators caused the letters to be printed and mailed to these victims in the United States via U.S. mail.

5.      **KELLY AUGUSTINE JR, ANDY ONOH, OKEZIE BONAVENTURE OGBATA, KINGSLEY CHINEDU CHUKWU, EHIS LAWRENCE AKHIMIE, PRINCEWILL EKENE OKORO,** and **TOCHUKWU ALBERT NNEBOCHA** used fictitious aliases, including "Gloria Alves," "Sofia Gomez," "Maria Moraleda," "Isabella Morales," and "Krisoffer Antonio" to communicate with victims. In the letters, **AUGUSTINE, ONOH, OGBATA, CHUKWU, AKHIMIE, OKORO,** and **NNEBOCHA** falsely and fraudulently informed the recipients that they were eligible for a multimillion-dollar inheritance. Using aliases, **AUGUSTINE, ONOH, OGBATA, CHUKWU, AKHIMIE, OKORO,** and **NNEBOCHA** purported to advise victims about how to apply for and obtain inheritance funds. The letters encouraged victims to respond to obtain their alleged inheritance.

6.      When victims responded to the mailed letters, **KELLY AUGUSTINE JR, ANDY ONOH, OKEZIE BONAVENTURE OGBATA, KINGSLEY CHINEDU CHUKWU, EHIS LAWRENCE AKHIMIE, PRINCEWILL EKENE OKORO, TOCHUKWU ALBERT NNEBOCHA**, and their co-conspirators engaged in communications with victims via email and by telephone calls. **AUGUSTINE, ONOH, OGBATA, CHUKWU, AKHIMIE, OKORO, NNEBOCHA**, and their co-conspirators falsely claimed that they would prepare documentation on behalf of the victims so that the foreign bank would release the inheritance to the victims.

7.      In subsequent emails and telephone calls, **KELLY AUGUSTINE JR, ANDY ONOH, OKEZIE BONAVENTURE OGBATA, KINGSLEY CHINEDU CHUKWU, EHIS**

**LAWRENCE AKHIMIE, PRINCEWILL EKENE OKORO, TOCHUKWU ALBERT NNEBOCHA,** and their co-conspirators falsely and fraudulently informed victims that they were notified that the victims were certified as the rightful heirs to the deceased individual and entitled to receive the multimillion-dollar inheritance held at a foreign bank. Along with these communications, **AUGUSTINE, ONOH, OGBATA, CHUKWU, AKHIMIE, OKORO, NNEBOCHA,** and their co-conspirators used private commercial carriers to send victims documents falsely claiming to be from foreign government agencies, that purported to be sworn statements and court orders certifying that victims were the rightful heirs to a deceased individual and were entitled to inherit the deceased individual's money. In these communications, **AUGUSTINE, ONOH, OGBATA, CHUKWU, AKHIMIE, OKORO, NNEBOCHA,** and their co-conspirators also directed victims to complete an application with their personal information and send it to a purported bank employee in order for the bank to release the inheritance funds to the victims. **AUGUSTINE, OKORO, ONOH, AKHIMIE,** and their co-conspirators then used additional fictitious identities to pose as alleged employees in the foreign remittance department of the bank, such as "Gerald Martinez," "Gerrard Martinez," "Mark Martinez," and "Oscar Lozano."

8. When victims sent the application to receive their inheritance funds to the fictitious bank employees, **KELLY AUGUSTINE JR, PRINCEWILL EKENE OKORO, ANDY ONOH, EHIS LAWRENCE AKHIMIE,** and their co-conspirators used the fictitious bank identities and falsely and fraudulently informed victims via email, telephone calls, and international mail that they had to pay advance fees to receive their inheritances. **AUGUSTINE, OKORO, ONOH,** and **AKHIMIE** falsely and fraudulently told their victims that advanced fees were required, such as delivery fees, taxes, payments for anti-terrorist and money laundering

certificates, and payments to avoid questioning from government authorities.

9. **KELLY AUGUSTINE JR, ANDY ONOH, OKEZIE BONAVENTURE OGBATA, KINGSLEY CHINEDU CHUKWU, EHIS LAWRENCE AKHIMIE, PRINCEWILL EKENE OKORO, TOCHUKWU ALBERT NNEBOCHA**, and their co-conspirators instructed victims to send money to couriers in the United States via various methods, including check, money order, and wire transfer.  Often, these couriers had been victimized by the defendants and their co-conspirators as part of the scheme but could no longer afford to make additional payments to obtain their supposed inheritances. **AUGUSTINE, ONOH, OGBATA, CHUKWU, AKHIMIE, OKORO, NNEBOCHA**, and their co-conspirators informed these victim-couriers that other individuals would send them payments to help offset the costs that they supposedly owed to receive their inheritances. **AUGUSTINE, ONOH, OGBATA, CHUKWU, AKHIMIE, OKORO, NNEBOCHA**, and their co-conspirators instructed these victim-couriers to deposit victims' checks and money orders, withdraw U.S. currency, tape U.S. currency into the pages of magazines, books and other documents, and ship those items to the defendants through various means who used aliases to receive the funds.

10. To fraudulently induce victims to pay money, **KELLY AUGUSTINE JR, ANDY ONOH, OKEZIE BONAVENTURE OGBATA, KINGSLEY CHINEDU CHUKWU, EHIS LAWRENCE AKHIMIE, PRINCEWILL EKENE OKORO, TOCHUKWU ALBERT NNEBOCHA**, and their co-conspirators made, and caused others to make, materially false statements, including, among other things, the following:

### Materially False Statements

a. That victims were eligible to receive millions of dollars in inheritance funds;

b. That a government agency in Europe determined the victims were the rightful heirs

to inherit millions of dollars;

c.       That victims were communicating with a representative of a bank in Spain, or with an attorney in the United Kingdom;

d.       That victims were required to pay fees to receive their supposed inheritance checks, and;

e.       That victims were required to pay taxes to receive their supposed inheritance checks.

11.      **KELLY AUGUSTINE JR, PRINCEWILL EKENE OKORO, ANDY ONOH, OKEZIE BONAVENTURE OGBATA, KINGSLEY CHINEDU CHUKWU, EHIS LAWRENCE AKHIMIE, TOCHUKWU ALBERT NNEBOCHA**, and their co-conspirators received more than six million dollars from victims in the United States, but victims never received the promised inheritance funds.

All in violation of Title 18, United States Code, Section 1349.

**<u>COUNTS 2-13</u>**
**Mail Fraud**
**(18 U.S.C. § 1341)**

1.       Beginning in or around May 2017 and continuing through in or around December 2023, in Miami-Dade, Broward, Highlands, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

**KELLY AUGUSTINE JR,**
**a/k/a "Ogo Kelly Iloelunachi,"**
**a/k/a "Ogo," a/k/a "Ogoo,"**
**ANDY ONOH,**
**a/k/a "Bugzy,"**
**OKEZIE BONAVENTURE OGBATA,**
**a/k/a "Bona," a/k/a "Cece Bro,"**
**KINGSLEY CHINEDU CHUKWU,**
**a/k/a "Mega,"**
**EHIS LAWRENCE AKHIMIE,**

7

**a/k/a "Lawrenchi,"**
**PRINCEWILL EKENE OKORO,**
**a/k/a "Prince," and**
**TOCHUKWU ALBERT NNEBOCHA,**
**a/k/a "Nnebocha Albert Tochukwu,"**
**a/k/a "Albert Nnebocha,"**
**a/k/a "Too," a/k/a "Tochuk,"**

did knowingly, and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing such scheme and artifice, did knowingly cause to be delivered certain mail matter by the United States Postal Service and by commercial interstate carrier, according to the directions thereon, in violation of Title 18, United States Code, Section 1341.

### PURPOSE OF THE SCHEME AND ARTIFICE

2.     It was a purpose of the scheme and artifice for the defendants and their accomplices to unlawfully enrich themselves by: (a) falsely informing victims that they were entitled to a sum of money as part of an inheritance; (b) falsely claiming that the victims were required to send money for taxes and other fees to receive their alleged inheritance; (c) fraudulently inducing and coercing the victims to pay the taxes and fees; and (d) keeping and using the fraud proceeds for their own benefit, for the benefit of others, and to further the fraud.

### THE SCHEME AND ARTIFICE

3.     The Manner and Means Section of Count 1 is re-alleged and fully incorporated herein as a description of the scheme and artifice.

### USE OF THE MAILS

4.     On or about the dates specified below as to each count, the defendants, **KELLY**

AUGUSTINE JR, ANDY ONOH, OKEZIE BONAVENTURE OGBATA, KINGSLEY CHINEDU CHUKWU, EHIS LAWRENCE AKHIMIE, PRINCEWILL EKENE OKORO, and **TOCHUKWU ALBERT NNEBOCHA**, for the purpose of executing and in furtherance of the aforesaid scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, did knowingly cause to be delivered by the United States Postal Service and by a private and interstate commercial carrier, according to the directions thereon, the items identified in each count below:

| COUNT | APPROXIMATE DATE | DESCRIPTION OF MAILING |
|-------|------------------|------------------------|
| 2 | July 2020 | Letter sent via US mail to P.A. in the Southern District of Florida |
| 3 | September 2020 | Letter sent via US mail to J.A. in the Southern District of Florida |
| 4 | March 2021 | Letter sent via FedEx to J.A. in the Southern District of Florida |
| 5 | May 2021 | Letter sent via US mail to R.C. in the Southern District of Florida |
| 6 | June 2021 | Letter sent via FedEx to R.C. in the Southern District of Florida |
| 7 | July 2021 | Letter sent via US mail to C.W. in the Southern District of Florida |
| 8 | September 2021 | Letter sent via US mail to H.D. in the Southern District of Florida |
| 9 | November 2021 | Letter sent via US mail to S.P. in the Southern District of Florida |
| 10 | November 2021 | Letter sent via FedEx to S.P. in the Southern District of Florida |
| 11 | September 2023 | Letter sent via US mail to R.B. in the Southern District of Florida |
| 12 | September 2023 | Letter sent via US mail to P.M. in the Southern District of Florida |
| 13 | November 2023 | Letter sent via US mail to N.C. in the Southern District of Florida |

In violation of Title 18, United States Code, Sections 1341 and 2.

**COUNTS 14-22**
**Wire Fraud**
**(18 U.S.C. § 1343)**

1.     Beginning in or around May 2017 and continuing through in or around December 2023, in Miami-Dade, Broward, Highlands, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

**KELLY AUGUSTINE JR,**
**a/k/a "Ogo Kelly Iloelunachi,"**
**a/k/a "Ogo," a/k/a "Ogoo,"**
**ANDY ONOH,**
**a/k/a "Bugzy,"**
**OKEZIE BONAVENTURE OGBATA,**
**a/k/a "Bona," a/k/a "Cece Bro,"**
**KINGSLEY CHINEDU CHUKWU,**
**a/k/a "Mega,"**
**EHIS LAWRENCE AKHIMIE,**
**a/k/a "Lawrenchi,"**
**PRINCEWILL EKENE OKORO,**
**a/k/a "Prince," and**
**TOCHUKWU ALBERT NNEBOCHA,**
**a/k/a "Nnebocha Albert Tochukwu,"**
**a/k/a "Albert Nnebocha,"**
**a/k/a "Too," a/k/a "Tochuk,"**

did knowingly, and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted, in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds.

**PURPOSE OF THE SCHEME AND ARTIFICE**

2.     It was the purpose of the scheme and artifice for the defendants and their accomplices to unlawfully enrich themselves by: (a) falsely informing victims that they were entitled to a sum of money as part of an inheritance; (b) falsely claiming that the victims were

required to send money for taxes and other fees to receive their alleged inheritance; (c) fraudulently inducing and coercing the victims to pay the taxes and fees; and (d) keeping and using the fraud proceeds for their own benefit, for the benefit of others, and to further the fraud.

## THE SCHEME AND ARTIFICE

3.      The Manner and Means Section of Count 1 is re-alleged and fully incorporated herein as a description of the scheme and artifice.

## USE OF THE WIRES

4.      On or about the dates specified as to each count below, the defendants, **KELLY AUGUSTINE JR, ANDY ONOH, OKEZIE BONAVENTURE OGBATA, KINGSLEY CHINEDU CHUKWU, EHIS LAWRENCE AKHIMIE, PRINCEWILL EKENE OKORO,** and **TOCHUKWU ALBERT NNEBOCHA,** for the purpose of executing and in furtherance of the aforesaid scheme and artifice, did transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, as set forth below:

| COUNT | APPROX. DATE | DESCRIPTION OF WIRE |
|---|---|---|
| 14 | September 2019 | Telephone call between **ANDY ONOH** in Spain and J.S. in the Southern District of Florida |
| 15 | October 2020 | Email between **EHIS LAWRENCE AKHIMIE** in the United Kingdom and H.L. in the Southern District of Florida |
| 16 | June 2021 | Telephone call between **KINGSLEY CHINEDU CHUKWU** and **OKEZIE BONAVENTURE OGBATA** in Ukraine and R.C. in the Southern District of Florida |
| 17 | August 2021 | Email between **EHIS LAWRENCE AKHIMIE** in the United Kingdom and C.W. in the Southern District of Florida |
| 18 | September 2021 | Email between **KELLY AUGUSTINE JR** in Spain and H.D. in the Southern District of Florida |

11

| COUNT | APPROX. DATE | DESCRIPTION OF WIRE |
|-------|--------------|---------------------|
| 19 | November 2021 | Email between **PRINCEWILL EKENE OKORO** in Spain and S.P. in the Southern District of Florida |
| 20 | November 2023 | Telephone call between **KINGSLEY CHINEDU CHUKWU** and **OKEZIE BONAVENTURE OGBATA** in Portugal and R.B. in the Southern District of Florida |
| 21 | December 2023 | Telephone call between **KINGSLEY CHINEDU CHUKWU** and **OKEZIE BONAVENTURE OGBATA** in Portugal and N.C. in the Southern District of Florida |
| 22 | December 2023 | Telephone call between **KINGSLEY CHINEDU CHUKWU** and **OKEZIE BONAVENTURE OGBATA** in Portugal and P.M. in the Southern District of Florida |

In violation of Title 18, United States Code, Sections 1343 and 2.

## FORFEITURE
## (18 U.S.C. § 981(a)(1)(C))

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **KELLY AUGUSTINE JR, ANDY ONOH, OKEZIE BONAVENTURE OGBATA, KINGSLEY CHINEDU CHUKWU, EHIS LAWRENCE AKHIMIE, PRINCEWILL EKENE OKORO,** and **TOCHUKWU ALBERT NNEBOCHA,** have an interest.

2. Upon conviction of a violation, or conspiracy to commit a violation, of Title 18, United States Code, Sections 1341 and/or 1343 and/or 1349, as alleged in this Indictment, the defendants shall forfeit to the United States any property, real or personal, which constitutes, or is derived from, proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3.      If the property subject to forfeiture, as a result of any act or omission of the defendants:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with a third party;

        c.      has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property, which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

[this space intentionally blank]

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set

forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code,

Section 2461(c).

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

AMANDA N. LISKAMM
DIRECTOR
CONSUMER PROTECTION BRANCH
U.S. DEPARTMENT OF JUSTICE

PHILIP M. TOOMAJIAN
SENIOR TRIAL ATTORNEY

JOSHUA D. ROTHMAN
BRIANNA M. GARDNER
TRIAL ATTORNEYS
CONSUMER PROTECTION BRANCH
U.S. DEPARTMENT OF JUSTICE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.: 24-20140-CR-ALTMAN/SANCHEZ**

v.

**CERTIFICATE OF TRIAL ATTORNEY**

KELLY AUGUSTINE JR., et al.,

_____/
Defendants.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____

**Court Division** (select one)
- ☒ Miami     ☐ Key West     ☐ FTP
- ☐ FTL       ☐ WPB

Number of New Defendants _____
Total number of new counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take  15  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                      (Check only one)
   I    ☐ 0 to 5 days                    ☐ Petty
   II   ☐ 6 to 10 days                   ☐ Minor
   III  ☒ 11 to 20 days                  ☐ Misdemeanor
   IV   ☐ 21 to 60 days                  ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____  Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Williams _____  Case No. 22-CR-20134

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____

**PHILIP TOOMAJIAN**
DOJ Trial Attorney
Court ID No.     A5501275

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  KELLY AUGUSTINE JR., a/k/a "Ogo Kelly Ilelunachi," "Ogo," "Ogoo"

Case No: _____

Count #:  1

 Title 18, United States Code, Section 1349

 Conspiracy to Commit Mail and Wire Fraud
* **Max. Term of Imprisonment:      20 years**
* **Mandatory Min. Term of Imprisonment (if applicable):   N/A**
* **Max. Supervised Release:  3 years**
* **Max. Fine:   $250,000 or twice the gross gain or loss from the offense**

Counts #:  2 – 13

 Title 18, United States Code, Section 1341

 Mail Fraud
* **Max. Term of Imprisonment:      20 years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):    N/A**
* **Max. Supervised Release:  3 years**
* **Max. Fine:    $250,000 or twice the gross gain or loss from the offense**

Counts #:  14 – 22

 Title 18, United States Code, Section 1343

 Wire Fraud
* **Max. Term of Imprisonment:      20 years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):    N/A**
* **Max. Supervised Release:   3 years**
* **Max. Fine:    $250,000 or twice the gross gain or loss from the offense**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  ANDY ONOH, a/k/a "Bugzy"**

**Case No:** _____

Count #:  1

 Title 18, United States Code, Section 1349

 Conspiracy to Commit Mail and Wire Fraud
**\* Max. Term of Imprisonment:    20 years**
**\* Mandatory Min. Term of Imprisonment (if applicable):   N/A**
**\* Max. Supervised Release:  3 years**
**\* Max. Fine:   $250,000 or twice the gross gain or loss from the offense**

Counts #:  2 – 13

 Title 18, United States Code, Section 1341

 Mail Fraud
**\* Max. Term of Imprisonment:    20 years as to each count**
**\* Mandatory Min. Term of Imprisonment (if applicable):    N/A**
**\* Max. Supervised Release:  3 years**
**\* Max. Fine:    $250,000 or twice the gross gain or loss from the offense**

Counts #:  14 – 22

 Title 18, United States Code, Section 1343

 Wire Fraud
**\* Max. Term of Imprisonment:    20 years as to each count**
**\* Mandatory Min. Term of Imprisonment (if applicable):    N/A**
**\* Max. Supervised Release:   3 years**
**\* Max. Fine:    $250,000 or twice the gross gain or loss from the offense**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  OKEZIE BONAVENTURE OGBATA, a/k/a "Bona," "Cece Bro"

**Case No:** _____

Count #:  1

Title 18, United States Code, Section 1349

Conspiracy to Commit Mail and Wire Fraud
* **Max. Term of Imprisonment:    20 years**
* **Mandatory Min. Term of Imprisonment (if applicable):   N/A**
* **Max. Supervised Release:   3 years**
* **Max. Fine:    $250,000 or twice the gross gain or loss from the offense**

Counts #:  2 – 13

Title 18, United States Code, Section 1341

Mail Fraud
* **Max. Term of Imprisonment:    20 years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):    N/A**
* **Max. Supervised Release:   3 years**
* **Max. Fine:    $250,000 or twice the gross gain or loss from the offense**

Counts #:  14 – 22

Title 18, United States Code, Section 1343

Wire Fraud
* **Max. Term of Imprisonment:    20 years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):    N/A**
* **Max. Supervised Release:   3 years**
* **Max. Fine:    $250,000 or twice the gross gain or loss from the offense**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:  **KINGSLEY CHINEDU CHUKWU, a/k/a "Mega"**

Case No: _____

Count #:  1

 Title 18, United States Code, Section 1349

 Conspiracy to Commit Mail and Wire Fraud
* **Max. Term of Imprisonment:    20 years**
* **Mandatory Min. Term of Imprisonment (if applicable):   N/A**
* **Max. Supervised Release:  3 years**
* **Max. Fine:   $250,000 or twice the gross gain or loss from the offense**

Counts #:   2 – 13

 Title 18, United States Code, Section 1341

 Mail Fraud
* **Max. Term of Imprisonment:    20 years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):    N/A**
* **Max. Supervised Release:  3 years**
* **Max. Fine:    $250,000 or twice the gross gain or loss from the offense**

Counts #:   14 – 22

 Title 18, United States Code, Section 1343

 Wire Fraud
* **Max. Term of Imprisonment:    20 years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):    N/A**
* **Max. Supervised Release:   3 years**
* **Max. Fine:    $250,000 or twice the gross gain or loss from the offense**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **EHIS LAWRENCE AKHIMIE, a/k/a "Lawrenchi"**

**Case No:** 

Count #: 1

Title 18, United States Code, Section 1349

Conspiracy to Commit Mail and Wire Fraud
* **Max. Term of Imprisonment:    20 years**
* **Mandatory Min. Term of Imprisonment (if applicable):   N/A**
* **Max. Supervised Release:   3 years**
* **Max. Fine:   $250,000 or twice the gross gain or loss from the offense**

Counts #:   2 – 13

Title 18, United States Code, Section 1341

Mail Fraud
* **Max. Term of Imprisonment:    20 years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):    N/A**
* **Max. Supervised Release:   3 years**
* **Max. Fine:    $250,000 or twice the gross gain or loss from the offense**

Counts #:   14 – 22

Title 18, United States Code, Section 1343

Wire Fraud
* **Max. Term of Imprisonment:    20 years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):    N/A**
* **Max. Supervised Release:   3 years**
* **Max. Fine:    $250,000 or twice the gross gain or loss from the offense**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **PRINCEWILL EKENE OKORO, a/k/a "Prince"**

**Case No:** _____

Count #:  1

 Title 18, United States Code, Section 1349

 Conspiracy to Commit Mail and Wire Fraud
* **Max. Term of Imprisonment:     20 years**
* **Mandatory Min. Term of Imprisonment (if applicable):   N/A**
* **Max. Supervised Release:   3 years**
* **Max. Fine:   $250,000 or twice the gross gain or loss from the offense**

Counts #:   2 – 13

  Title 18, United States Code, Section 1341

  Mail Fraud
* **Max. Term of Imprisonment:     20 years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):    N/A**
* **Max. Supervised Release:   3 years**
* **Max. Fine:     $250,000 or twice the gross gain or loss from the offense**

Counts #:   14 – 22

 Title 18, United States Code, Section 1343

 Wire Fraud
* **Max. Term of Imprisonment:     20 years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):    N/A**
* **Max. Supervised Release:   3 years**
* **Max. Fine:     $250,000 or twice the gross gain or loss from the offense**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  **TOCHUKWU ALBERT NNEBOCHA, a/k/a "Nnebocha Albert Tochukwu," "Albert Nnebocha," "Too," "Tochuk"**

**Case No:** _____

Count #:  1

 Title 18, United States Code, Section 1349

 Conspiracy to Commit Mail and Wire Fraud
* **Max. Term of Imprisonment:    20 years**
* **Mandatory Min. Term of Imprisonment (if applicable):   N/A**
* **Max. Supervised Release:  3 years**
* **Max. Fine:   $250,000 or twice the gross gain or loss from the offense**

Counts #:   2 – 13

 Title 18, United States Code, Section 1341

 Mail Fraud
* **Max. Term of Imprisonment:    20 years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):    N/A**
* **Max. Supervised Release:  3 years**
* **Max. Fine:    $250,000 or twice the gross gain or loss from the offense**

Counts #:   14 – 22

 Title 18, United States Code, Section 1343

 Wire Fraud
* **Max. Term of Imprisonment:    20 years as to each count**
* **Mandatory Min. Term of Imprisonment (if applicable):    N/A**
* **Max. Supervised Release:   3 years**
* **Max. Fine:   $250,000 or twice the gross gain or loss from the offense**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**